```
                    FILED
          CLERK, U.S. DISTRICT COURT

                 JAN 17 2013

          CENTRAL DISTRICT OF CALIFORNIA
          BY          AF          DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR95-345 -RSWL |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/<br>) Supervised Release Conditions) |
| Sammy Villalba, | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he is able to comply with the conditions of supervised release prohibiting drug use._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_due to his admitted and alleged drug use, he will appear for court appearances, particularly since defendant left a drug treatment facility without contacting his assigned probation officer._

IT IS ORDERED that defendant be detained.

DATED: 1-17-14

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2